UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
THAD TATUM,                              :   CIVIL ACTION NO. 2:15-cv-02957-MCLF
an individual,                           :   MBN
                                         :
                                         :
vs.                                      :   SECTION F (5)
                                         :
                                         :
                                         :
THE MAYFAIR COMPANY, INC., and           :
WOODLEE II, L.L.C.,                      :
                                         :
Defendants                               :
                                         :
                                         :
-------------------------------------------------------x
```

## ORDER

Considering the CONSENT MOTION TO DISMISS ACTION WITH 60 DAY ORDER submitted by Thad Tatum, Plaintiff, through his undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendants to the entry of this Order:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Thad Tatum, Plaintiff, against defendants are hereby dismissed with prejudice, with each party to bear its own costs.

2. Either Plaintiff or defendants may file a motion to reopen Plaintiff's action if a full and final settlement agreement is not consummated within sixty (60) days.

This __29th__ day of __December__, 2015, New Orleans, Louisiana.

_____
JUDGE